1 | MARC C. ROSENBERG   BAR NO. 174592
LAW OFFICES OF MARC C. ROSENBERG
2 | 18321 Ventura Boulevard, Suite 860
Tarzana, California 91356
3 | (818) 776-0012 telephone
(818) 776-0892 fax
4

5 | HOWARD GERTZ  BAR NO. 82111
GERTZ & LAURIE
6 | 18321 Ventura Boulevard, Suite 860
Tarzana, California 91356
7 | (818) 345-0123 telephone
(818) 776-0892 fax
8 | Attorneys for Plaintiff

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION - RIVERSIDE

| JOANNE HEMINGWAY, | ) CASE NO. EDCV 10-00174 VAP(OPx) |
|---|---|
| Plaintiff, | ) ASSIGNED FOR ALL PURPOSES TO |
| | ) HON. VIRGINIA A. PHILLIPS |
| -vs- | ) COURTROOM # 2 |
| ALLSTATE INSURANCE COMPANY, et al., | ) ORDER TO REMAND |
| Defendants. | ) |

PURSUANT TO THE STIPULATION AND REQUEST OF THE PARTIES HERETO, and good cause appearing therefor,

IT IS ORDERED that the parties' request to remand this matter is granted and the clerk is directed to remand this action to the San Bernardino Superior Court forthwith.

DATED: MAY 13 2010

VIRGINIA A. PHILLIPS

*Virginia A. Phillips*

JUDGE OF THE DISTRICT COURT

Order to Remand